B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### District of **MARYLAND**

In re **Leggett, Corey Douglas**,            Case No. _____
         Debtor                                                Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Nymeo Fcu | **Describe Property Securing Debt:** 2013 Toyota Tacoma |

Property will be *(check one)*:
  [✓] Surrendered       [ ] Retained

If retaining the property, I intend to *(check at least one)*:
  [ ] Redeem the property
  [ ] Reaffirm the debt
  [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  [ ] Claimed as exempt       [✓] Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** Capital One Yamaha | **Describe Property Securing Debt:** 2011 Yamaha R6 |

Property will be *(check one)*:
  [✓] Surrendered       [ ] Retained

If retaining the property, I intend to *(check at least one)*:
  [ ] Redeem the property
  [ ] Reaffirm the debt
  [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  [ ] Claimed as exempt       [✓] Not claimed as exempt

B 8 (Official Form 8) (12/08) Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

__0__ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _9/9/15_     _[signature]_
                    Signature of Debtor

                    _____
                    Signature of Joint Debtor